UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROGERS V. ATKINS | CIVIL ACTION NO. 17-1131-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN | MAGISTRATE JUDGE PEREZ-MONTES |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation previously filed herein, noting the absence of objections thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the habeas petition is **DENIED** and **DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 27th day of November, 2017.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT